# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ROBYN G. EDWARDS and MIKKI ADAMS | * | |
| PLAINTIFFS | * | |
| | * | |
| V. | * | CASE NO. 4:15CV00571 SWW |
| | * | |
| GENE SALTER PROPERTIES and BRITTANY PRINGLE | * | |
| DEFENDANTS | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 6TH DAY OF DECEMBER, 2017.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE