# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| ROBYN G. EDWARDS and MIKKI ADAMS <br>     PLAINTIFFS <br><br> V. <br><br> GENE SALTER PROPERTIES <br>     DEFENDANT | CASE NO. 4:15CV00571 SWW |

## JUDGMENT

Consistent with the Findings of Fact and Conclusions of Law entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in Plaintiffs' favor. IT IS FURTHER ORDERED and ADJUDGED that Plaintiffs recover damages in the amount of $1,380, with post-judgment interest from the date of this judgment until paid at the rate of 2.02% per annum as provided by law.

IT IS SO ORDERED THIS 27th DAY OF JUNE, 2019.

                                                /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE